# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

APRIL MARIE GOUEDY                                                    PLAINTIFF

V.                          CASE NO. 5:17-CV-05052

JOHN DOE, Jail Administrator,
Washington County Detention Center                                    DEFENDANT

## OPINION AND ORDER

This is a civil rights case filed by the Plaintiff April Marie Gouedy under the provisions of 42 U.S.C. § 1983. Plaintiff proceeds *pro se.*

Plaintiff initially filed this case in the Eastern District of Arkansas. The case was transferred to this district by order entered on March 21, 2017. At the time of transfer, Plaintiff's application to proceed *in forma pauperis* (IFP)(Doc. 1) was pending.

Review of the IFP application showed that Plaintiff had failed to completely answer question three of the application and had failed to have the certificate regarding her inmate account completed by detention center personnel. By order (Doc. 6) entered on March 27, 2017, Plaintiff was given until April 17, 2017, to file a complete IFP application. Because she indicated she was having trouble getting the certificate of account completed by detention center personnel, a copy of the order was mailed to Major Randall Denzer, the jail administrator. Major Denzer was asked to assist the Plaintiff in getting the certificate of account completed. Finally, Plaintiff was advised that Major Denzer was the jail administrator of the WCDC and asked whether he was the individual she intended to name as a Defendant. Plaintiff failed to respond to the Court order.

A show cause order (Doc. 8) was entered giving the Plaintiff until May 10, 2017, to show cause why the case should not be dismissed based on her failure to comply with the March 27, 2017, order (Doc. 6). Plaintiff was advised that failure to respond to the show

cause order would result in the dismissal of this case.

Plaintiff has not responded to the show cause order. She has not requested an extension of time to do so. The show cause order has not been returned as undeliverable.

For these reasons, this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute this action and failure to obey the orders of the Court. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED** on this 22nd day of May, 2017.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE